**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KATHLEEN NESSER,
an individual,

      Plaintiff,

v.

WAKEFIELD & ASSOCIATES, LLC,
a foreign limited liability company,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.
_____/

Case No.: 8:24-00552-WFJ-AEP

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiff, KATHLEEN NESSER ("Plaintiff"), by and through

the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant,

TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this

action.  Upon full compliance with the terms of such settlement, Plaintiff and Trans

Union will request that this matter be dismissed with prejudice.

Dated: June 5, 2024

1

Respectfully submitted,

**SWIFT LAW PLLC**
/s/ *Jon P. Dubbeld*
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2