**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KATHLEEN NESSER,

    Plaintiff,

v.                                                                  Case No: 8:24-cv-552-WFJ-AEP

WAKEFIELD & ASSOCIATES, LLC,

    Defendant.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 65)** that the above-styled action has been settled as to the remaining Defendant, Wakefield & Associates, LLC ("Wakefield"). Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Wakefield and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Wakefield. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 3, 2024.

                        s/*William F. Jung*_____
                        **WILLIAM F. JUNG**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record